

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2018

No. 04-18-00483-CR

Amber Don **CEARLEY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR1792
Honorable Dick Alcala, Judge Presiding

# O R D E R

The court reporter's request for additional time to file the reporter's record is granted. We order the court reporter, Debra A. Doolittle, to file the reporter's record by December 17, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court